**FILED**
August 13, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>              Plaintiff,                            )<br>v.                                                            )<br>                                                                )<br>AKBAR BHAMANI ,                            )<br>                                                                )<br>              Defendant.                        ) | Case No. 2:10-CR-0327-MCE-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AKBAR BHAMANI</u>, Case No. <u>2:10-CR-0327-MCE-1</u>, Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     ✔ Bail Posted in the Sum of $ <u>100,000 (secured by real property)</u>

          __ Unsecured Appearance Bond

          __ Appearance Bond with 10% Deposit

          __ Appearance Bond with Surety

          __ Corporate Surety Bail Bond

     ✔ (Other)   <u>With pretrial services and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 13, 2010</u> at <u>3:05</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge