Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>　　　　　Defendants. | Case No. CR 10-0327 MCE<br><br>**ORDER GRANTING AKBAR BHAMANI'S WAIVER OF APPEARANCE**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: Hon. Morrison C. England, Jr. |

GOOD CAUSE APPEARING THEREFORE, Defendant Akbar Bhamani's appearance is waived for the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of a jury and imposition of sentence. As stipulated by the defendant in his request for waiver of appearance, his interests will be deemed represented at all times by the presence of his attorney, the same as if he were personally present.

IT IS SO ORDERED.

Dated:  April 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE