Edward W. Swanson, SBN 159859
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>            Defendants. | Case No.  CR  10-0327 TLN (DAD)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS<br>OF RELEASE** |

The United States of America, by and through Assistant United States Attorney Benjamin Wagner, and Akbar Bhamani, by and through his counsel Edward W. Swanson, hereby submit this stipulated request to modify Mr. Bhamani's conditions of release. The parties agree and stipulate as follows:

    1.    Akbar Bhamani made his initial appearance before this Court on August 13, 2010.  Mr. Bhamani has been out of custody and under the supervision of Pretrial Services since that time.

    2.    The parties agree that Mr. Bhamani has been in compliance with all of his conditions of pretrial release.

**Stipulation and [Proposed] to Modify Conditions of Release**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

3. The conditions of Mr. Bhamani's release do not presently include conditions regarding alcohol testing or treatment.

4. Mr. Bhamani has informed Pretrial Services that he is struggling with alcohol and has requested assistance with his alcohol use.

5. The parties agree that Mr. Bhamani's conditions of release should be modified to contain the following conditions that address his struggle with alcohol:

   a. Mr. Bhamani shall refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and Mr. Bhamani shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

   b. Mr. Bhamani shall submit to drug and/or alcohol testing as approved by the pretrial services officer. Mr. Bhamani shall pay all or part of the costs of the testing services based upon his ability to pay, as determined by the pretrial services officer;

   c. Mr. Bhamani shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. Mr. Bhamani shall pay all or part of the costs of the counseling services based upon his ability to pay, as determined by the pretrial services officer;

/ / /

/ / /

**Stipulation and [Proposed] Order to Modify Conditions of Release**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

-2-

6. Pretrial Services Officer Amaryllis Gonzalez has approved the modified conditions.

IT IS SO STIPULATED.

DATED:   February 18, 2014   By: //s// Edward W. Swanson for
    Benjamin Wagner
    Assistant U.S. Attorney

DATED:   February 18, 2014   By://s// Edward W. Swanson for
    Edward W. Swanson
    Attorney for AKBAR BHAMANI

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  February 19, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order to Modify Conditions of Release**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

-3-