Edward W. Swanson, SBN 159859
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>　　　　　　Defendants. | Case No.  CR S-10-0327 TLN<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING FROM<br>SEPTEMBER 25, 2014 TO OCTOBER<br>30, 2014** |

**STIPULATION**

　　　Defendant Akbar Bhamani is currently set for sentencing on September 25, 2014, having pleaded guilty pursuant to a written Plea Agreement.  The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, and Akbar Bhamani, by and through his counsel Edward W. Swanson, together respectfully request that the Court continue that hearing to October 30, 2014, at 9:30 a.m., for the following reasons:

　　　Sentencing for Mr. Akbar Bhamani is currently set for September 25, 2014.  Counsel for Mr. Bhamani recently learned information regarding his client's mental health that may be relevant to the Probation Office's sentencing recommendation and the Court's ultimate sentencing decision under the

**Stipulation and Order to Continue Sentencing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

18 U.S.C. § 3553(a) factors.  Counsel for Mr. Bhamani requires a one-month continuance of Mr. Bhamani's sentencing date in order to allow him sufficient time to investigate this issue.

Counsel for Mr. Bhamani has spoken with Probation Officer Lynda Moore regarding this request for a continuance.  She has no objection to the request and she has confirmed her availability for the proposed October 30th sentencing hearing.

IT IS SO STIPULATED.

DATED:   August 20, 2014        By: //s//  Edward W. Swanson for
                                         Michelle Beckwith
                                         Assistant U.S. Attorney

DATED:   August 20, 2014        By://s//  Edward W. Swanson for
                                         Edward W. Swanson
                                         Attorney for AKBAR BHAMANI

**ORDER GRANTING CONTINUANCE**

The Court has reviewed the Stipulation of the parties to continue Akbar Bhamani's sentencing date to October 30, 2014 at 9:30a.m.  Based on such documentation, the Court finds good cause to continue the sentencing date for Akbar Bhamani from September 25, 2014 to October 30, 2014, at 9:30 a.m.  All other dates related to the sentencing, such as the date for the draft Pre-Sentence Report and the date for submitting the final Pre-Sentence Report to the Court, shall be extended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 20, 2014

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Sentencing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

-2-