Edward W. Swanson, SBN 159859
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>AKBAR BHAMANI,<br><br>                Defendant. | Case No.  CR. S-10-0327 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING FROM OCTOBER 30, 2014 TO JANUARY 22, 2015** |

### STIPULATION

Defendant Akbar Bhamani is currently set for sentencing on October 30, 2014, having pleaded guilty pursuant to a written Plea Agreement.  The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, and Akbar Bhamani, by and through his counsel Edward W. Swanson, together respectfully request that the Court continue that hearing to January 22, 2015, at 9:30 a.m., for the following reasons:

United States Probation Officer Lynda Moore has requested a continuance of the sentencing date.  Counsel and Probation Officer Moore are available for sentencing on January 22, 2015.

**Stipulation and [Proposed] to Continue Sentencing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

IT IS SO STIPULATED.

DATED:   October 28, 2014            By: //s// Edward W. Swanson for
                                         Michelle Beckwith
                                         Assistant U.S. Attorney

DATED:   October 28, 2014            By://s//_ Edward W. Swanson for
                                         Edward W. Swanson
                                         Attorney for AKBAR BHAMANI

## ORDER GRANTING CONTINUANCE

The Court has reviewed the Stipulation of the parties to continue Akbar Bhamani's sentencing date to January 22, 2015 at 9:30a.m.  Based on such documentation, the Court finds good cause to continue the sentencing date of Akbar Bhamani's from October 30, 2014 to January 22, 2015.  All other dates related to the sentencing, such as the date for the draft Pre-Sentence Report and the date for submitting the final Pre-Sentence Report to the Court, shall be extended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  October 29, 2014

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Sentencing**
*United States v. Akbar Bhamani, et al.*
CR S-10-0327 TLN

-2-