Edward W. Swanson, SBN 159859
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>                Defendants. | Case No.  CR  10-0327 TLN (CKD)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BOND CONDITIONS** |

### STIPULATION

Defendant Akbar Bhamani, by and through his counsel, Edward Swanson, defendant Feroza Bhamani, by and through her counsel, Matthew Bockmon, and the United States, by and through Assistant United States Michele Beckwith, hereby stipulate and agree as follows:

    1)    Akbar Bhamani and Feroza Bhamani made their initial appearances before this Court on August 13, 2010. The government and the defense agreed Mr. and Ms. Bhamani would be released immediately on an unsecured appearance bond but that the defendants would post $100,000 in property to secure the bond.

    2)    On September 24, 2010, the appearance bond was secured by $100,000 in property owned by Ms. Bhamani's brother, Mr. Amiruddin Sewani, and his wife, Nasreen Sewani.  Dkt. 71.

(secured appearance bond).  The property in question is located at 23 Henry Street, Williston Park, New York, 11596.

3)      In connection with the posting of the property, Mr. and Ms. Sewani executed a confession of judgment in favor of the Court that was entered against them on September 23, 2010 in the County of Nassau, New York.  Dkt. 71-1 (confession of judgment).

4)      Mr. and Ms. Bhamani have been out of custody on pretrial release since their initial appearance in August 2010.  They have made all court appearances and have otherwise complied with all conditions of their pretrial release since that time.

5)      Mr. and Ms. Sewani wish to refinance their mortgage on the property currently securing Mr. and Ms. Bhamani's bond and therefore request that the posted property be returned to them.

6)      Mr. and Ms. Sewani agree to continue to serve as sureties for Mr. and Ms. Bhamani on a $100,000 unsecured appearance bond until the defendants are sentenced in January 2015.

7)      The parties agree that given Mr. and Ms. Bhamani's record on pretrial release during the past four years, a $100,000 unsecured appearance bond is sufficient to secure their attendance at future court appearances.

8)      There parties therefore request that the Court issue an order releasing the posted interest in Mr. and Ms. Sewani's home and modifying Mr. and Ms. Bhamani's appearance bond to reflect that it is not secured by Mr. and Ms. Sewani's property but is instead secured by Mr. and Ms. Sewani's signatures.

9)      In order to be released from the satisfaction of judgment entered in favor of the Court and clear the title to their property, Mr. and Ms. Sewani must file a satisfaction of judgment with the County of Nassau, New York.  The parties therefore further request the Court order the Clerk to complete a notarized satisfaction of judgment attached hereto as Exhibit A.  The Clerk may contact counsel for Mr. Bhamani (Edward Swanson) to arrange for pickup of the completed document.

/ / /

10) Pretrial officers Amaryllis Gonzalez has no objection to the relief requested

**IT IS SO STIPULATED.**

DATED:      December 9, 2014          By: //s// Edward W. Swanson for
                                         Michelle Beckwith
                                         Assistant U.S. Attorney

DATED:      December 9, 2014          By://s// Edward W. Swanson for
                                         Edward W. Swanson
                                         Attorney for AKBAR BHAMANI

DATED:      December 9, 2014          By://s// Edward W. Swanson for
                                         Mathew Bockmon
                                         Attorney for FEROZA BHAMANI

/ / /

/ / /

/ / /

**Stipulation and [Proposed] Order Modifying Appearance Bond**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

# [~~PROPOSED~~] ORDER MODIFYING APPEARANCE BOND

The Court has reviewed the Stipulation of the parties to modify the appearance bond securing the pretrial release of Akbar Bhamani and Feroza Bhamani. Based on such documentation, the Court finds good cause to modify the conditions of Mr. and Ms. Bhamani's bond from a $100,000 appearance bond secured by property belonging to Mr. Amiruddin Sewani, and his wife, Nasreen Sewani, to a $100,000 unsecured appearance bond with Mr. and Mrs. Sewani serving as sureties.

The Court hereby ORDERS Mr. and Ms. Bhamani's appearance bond modified from a $100,000 bond secured by property belonging to Mr. Amiruddin Sewani, and his wife, Nasreen Sewani, to a $100,000 unsecured bond with Mr. and Mrs. Sewani serving as sureties. The Court hereby releases all interest previously secured to it in Mr. and Ms. Sewani's property located at 23 Henry Street, Williston Park, New York, 11596. The Clerk of the Court is instructed to complete and execute the satisfaction of judgment attached hereto as Exhibit A and contact counsel for Mr. Bhamani to arrange for retrieval of that document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order Modifying Appearance Bond**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN