Edward W. Swanson, SBN 159859
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AKBAR BHAMANI,<br><br>                    Defendant. | Case No.  CR. S-10-0327 TLN<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING FROM<br>MARCH 26, 2015 TO APRIL 23, 2015** |

## STIPULATION

Defendant Akbar Bhamani is currently set for sentencing on March 26, 2015, having pleaded guilty pursuant to a written Plea Agreement. The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, and Akbar Bhamani, by and through his counsel Edward W. Swanson, together respectfully request that the Court continue that hearing to April 23, 2015, at 9:30 a.m., for the following reasons:

1. On January 20, 2015, United States Probation Officer Lynda Moore requested a continuance of Mr. Bhamani's sentencing date from January 22, 2015 to provide Ms. Moore additional time to complete the Presentence Report.

Stipulation and Order to Continue Sentencing
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

2. Prior to the continuance request, counsel and Probation Officer Moore discussed dates on which all parties would be available for Mr. Bhamani's sentencing.  The Court was not available for sentencing on the dates discussed by counsel and Ms. Moore.  The Court continued Mr. Bhamani's sentencing to March 26, 2015, a date on which defense counsel had a pre-existing obligation in San Mateo Superior Court.

3. Defense counsel requests that Mr. Bhamani's sentencing be continued until April 23, 2015, at 9:30 a.m.  Defense counsel is available for Mr. Bhamani's sentencing hearing on that date.

4. AUSA Michele Beckwith and Probation Officer Moore are available for sentencing on April 23, 2015 as well.

IT IS SO STIPULATED.

DATED: February 25, 2015        By: //s// Edward W. Swanson for
                                    Michele Beckwith
                                    Assistant U.S. Attorney

DATED: February 25, 2015        By://s// Edward W. Swanson for
                                    Edward W. Swanson
                                    Attorney for AKBAR BHAMANI

/ / /

/ / /

/ / /

**Stipulation and Order to Continue Sentencing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

-2-

**ORDER GRANTING CONTINUANCE**

The Court has reviewed the Stipulation of the parties to continue Akbar Bhamani's sentencing date to April 23, 2015 at 9:30a.m.  Based on such documentation, the Court finds good cause to continue the sentencing date of Akbar Bhamani's from March 26, 2015 to April 23, 2015.  All other dates related to the sentencing, such as the date for the draft Pre-Sentence Report and the date for submitting the final Pre-Sentence Report to the Court, shall be extended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: February 25, 2015

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Sentencing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN