Edward W. Swanson, SBN 159859
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br><br>            Defendants. | Case No.  CR. S-10-0327 TLN<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING FROM<br>MAY 21, 2015 TO JUNE 11, 2015** |

## STIPULATION

Defendant Akbar Bhamani is currently set for sentencing on May 21, 2015, having pleaded guilty pursuant to a written Plea Agreement.  The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, and Akbar Bhamani, by and through his counsel Edward W. Swanson, together respectfully request that the Court continue that hearing to June 11, 2015, at 9:30 a.m., for the following reasons:

   1.  On April 14, 2015, United States Probation Officer Lynda Moore requested a continuance of Mr. Bhamani's sentencing date from April 23, 2015 to May 21, 2015.  The Court continued Mr. Bhamani's sentencing to May 21, 2015.

**Stipulation and Order to Continue Sentencing**
*United States v. Akbar Bhamani, et al.*
CR. S-10-0327 TLN

2. Defense counsel has a pre-existing obligation in San Francisco Superior Court on the morning of May 21, 2015.

3. Defense counsel requests that Mr. Bhamani's sentencing be continued until June 11, 2015, at 9:30 a.m. Defense counsel is available for Mr. Bhamani's sentencing hearing on that date.

4. AUSA Michele Beckwith and Probation Officer Moore are available for sentencing on June 11, 2015 as well.

IT IS SO STIPULATED.

DATED: April 27, 2015   By: //s// Edward W. Swanson for
                            Michele Beckwith
                            Assistant U.S. Attorney

DATED: April 27, 2015   By: //s// Edward W. Swanson for
                            Edward W. Swanson
                            Attorney for AKBAR BHAMANI

### ORDER GRANTING CONTINUANCE

The Court has reviewed the Stipulation of the parties to continue Akbar Bhamani's sentencing date to June 11, 2015 at 9:30a.m. Based on such documentation, the Court finds good cause to continue the sentencing date of Akbar Bhamani's from May 21, 2015 to June 11, 2015. All other dates related to the sentencing, such as the date for submitting the final Pre-Sentence Report to the Court, shall be extended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: April 27, 2015

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Sentencing**
*United States v. Akbar Bhamani, et al.*
CR. S-10-0327 TLN