IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AKBAR BHAMANI, ET AL.,<br><br>        Defendants. | CASE NO.  2:10-CR-00327 TLN<br><br>SEALING ORDER |

  Good cause appearing, and pursuant to Local Rule 141, the document submitted by the government on November 12, 2015, including the Request to Seal, are hereby sealed.

  SO ORDERED.

Dated:  November 12, 2015

_____
Troy L. Nunley
United States District Judge