UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AKBAR BHAMANI, ET AL.,<br><br>Defendants. | No. 2:10-CR-00327-TLN<br><br><br>**ORDER** |

For good cause shown, it is hereby ORDERED that Exhibit A to Defendant Akbar Bhamani's to Declaration in Support of Emergency Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) be filed under seal and not unsealed without further order of the Court.

IT IS SO ORDERED.

DATED: April 13, 2020

_____
Troy L. Nunley
United States District Judge