Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>Defendants. | Case No.  CR  2:10-cr-0327 TLN<br><br>**REQUEST AND ORDER TO REAPPOINT CJA COUNSEL FOR PURPOSES OF LITIGATING DEFENDANT AKBAR BHAMANI'S EMERGENCY MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**<br><br>Court:  Hon. Troy L. Nunley |

### REQUEST TO REAPPOINT CJA COUNSEL

Defendant Akbar Bhamani, through counsel, hereby applies for an order appointing attorney Edward W. Swanson and the law firm of Swanson & McNamara LLP as counsel of record under the Criminal Justice Act with respect to a motion to modify his sentence under the compassionate release provisions of the First Step Act, codified at 18 U.S.C. §3582(c)(1)(A).  *See* Dkt. 402.

The Court's General Order No. 595 provides that "the Federal Defender for the Eastern District of California is appointed to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether that defendant may qualify for federal relief under either First Step Act Sections 404 (Fair Sentencing Act of 2010), 603

**Request for Reappointment and [Proposed] Order**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

(Federal Prisoner Reentry Initiative Reauthorization [Compassionate Release]), or otherwise, and to present any petitions, motions, or applications relating thereto to the Court for disposition." However, the General Order also instructs counsel to bring to the Court's attention any conflict that may prevent appointment of the Federal Defender in a given case. *Id*. In this case, the Federal Defender previously represented one of Mr. Bhamani's co-defendant's, Feroza Bhamani, which resulted in undersigned counsel being appointed under the Criminal Justice Act to represent Mr. Bhamani. *See* Dkt. 145 (order appointing counsel). As such, prior to making this application, undersigned counsel consulted with the Federal Defender's office to determine if they would support undersigned counsel being reappointed to represent Mr. Bhamani in connection with his motion under the First Step Act. The Federal Defender office responded that it concurs with our request for reappointment.

DATED: April 14, 2020                                           Respectfully submitted,

*/s/ Edward W. Swanson*               .
Edward W. Swanson
Britt H. Evangelist
SWANSON & McNAMARA LLP
Attorneys for defendant AKBAR BHAMANI

/ / /

/ / /

**Request for Reappointment and Order**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

# ORDER

The Court hereby reappoints Edward W. Swanson and the law firm of Swanson & McNamara LLP under the Criminal Justice Act to serve as counsel for defendant Akbar Bhamani in connection with his motion for relief under the First Step Act.

**IT IS SO ORDERED.**

Dated: April 16, 2020

_____
Troy L. Nunley
United States District Judge

**Request for Reappointment and Order**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

-3-